**FILED**
February 09, 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ Melanie Miller
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:21-CR000019-001 |
| Plaintiff | INDICTMENT |
| V. | [VIO: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon] |
| MICHAEL ANTHONY MARTINEZ | |
| Defendant | |

THE GRAND JURY CHARGES:

On or about May 21, 2020, in the Western District of Texas, Defendant,

**MICHAEL ANTHONY MARTINEZ,**

being a person who knew he had previously been convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year, to-wit:

On April 7, 2011, MICHAEL ANTHONY MARTINEZ was convicted of *Forgery Financial Instrument,* in the 235th Judicial District Court of Cooke County, Texas, in Cause Number 11-00056;

On April 7, 2011, MICHAEL ANTHONY MARTINEZ was convicted of *Fraudulent Use/Possession of Identifying Information Less Than 5 Items*, in the 235th Judicial District Court of Cooke County, Texas, in Cause Number 11-00057;

On June 26, 2015, MICHAEL ANTHONY MARTINEZ was convicted of *Theft of Property Over $1,500 With Two or More Prior Convictions*, in the 235th Judicial District Court of Cooke County, Texas, in Cause Number 15-00078;

On June 26, 2015, MICHAEL ANTHONY MARTINEZ was convicted of *Burglary of a Building,* in the 235th Judicial District Court of Cooke County, Texas, in Cause Number 15-00161;

On September 13, 2016, MICHAEL ANTHONY MARTINEZ was convicted of *Evading Arrest or Detention,* in the 235th Judicial District Court of Cooke County, Texas, in Cause Number 16-00309;

On September 13, 2016, MICHAEL ANTHONY MARTINEZ was convicted of *Cred Card/Debit Card Abuse,* in the 235th Judicial District Court of Cooke County, Texas, in Cause Number 16-00407;

On February 1, 2017, MICHAEL ANTHONY MARTINEZ was convicted of *Theft* in the 16th Judicial District Court of Denton County, Texas, in Cause Number F16-1377-16;

did knowingly possess the following firearm, to-wit:

A Smith and Wesson, 9mm pistol bearing serial number HSF6658;

said firearm having moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By:   MARK L. FRAZIER
      Assistant United States Attorney